*State, Respondent, v. Lock, Defendant, Hinton, Petitioner,* No. 73826-2. Petition for review of a decision of the Court of Appeals, No. 47307-7-I, March 3, 2003, 115 Wn. App. 1053. *Denied* September 30, 2003.

*State, Petitioner, v. Hernandez, Respondent,* No. 73827-1. Petition for review of a decision of the Court of Appeals, No. 27631-3-II, February 14, 2003, 115 Wn. App. 1036. *Denied* September 30, 2003.

*State, Petitioner, v. Crumble, Respondent,* No. 73828-9. Petition for review of a decision of the Court of Appeals, No. 28008-6-II, March 4, 2003, 116 Wn. App. 1003. *Denied* September 30, 2003.

*State, Petitioner, v. Swanson, Respondent,* No. 73830-1. Petition for review of a decision of the Court of Appeals, No. 28012-4-II, March 4, 2003, 116 Wn. App. 67. *Denied* September 30, 2003.

*State, Respondent, v. Bruner, Petitioner,* No. 73832-7. Petition for review of a decision of the Court of Appeals, No. 27149-4-II, March 11, 2003, 116 Wn. App. 1011. *Denied* September 30, 2003.

*In re Marriage of Dewberry,* No. 73833-5. Petition for review of a decision of the Court of Appeals, No. 50884-9-I, February 3, 2003, 115 Wn. App. 351. *Denied* September 30, 2003.

*State, Respondent, v. Wren, Defendant, Delgardo, Petitioner,* No. 73834-3. Petition for review of a decision of the Court of Appeals, No. 43667-8-I, March 3, 2003, 115 Wn. App. 922. *Denied* September 30, 2003.

*State, Respondent, v. Marr, Petitioner,* No. 73835-1. Petition for review of a decision of the Court of Appeals, No. 49848-7-I, February 10, 2003, 115 Wn. App. 1031. *Denied* September 30, 2003.